# EARLE v. MYERS.

No. 1794.    Decided June 4, 1907.

*Mr. J. C. Gittings* for the appellant.

*Mr. T. Percy Myers* for the appellees.

Mr. Chief Justice Shepard delivered the opinion of the Court:

On a former appeal the decree in this case was reversed and the cause remanded for further proceedings in accordance with the opinion then rendered (25 App. D. C. 582). The Auditor's report having been made and final decree entered in accordance with the mandate of this Court, the same is affirmed with costs.                        *Affirmed.*